IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARIBBEAN I OWNERS' ASSOCIATION, INC.,** an Alabama not for profit corporation | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,** a New York corporation, and **XL SPECIALTY INSURANCE COMPANY,** a Delaware corporation, | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

CIVIL ACTION NO. 07-0829-WS-B

## NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DISCLOSURES

Please take notice that counsel for Plaintiff has on this 12th day of August, 2008, served the following discovery responses by First Class United States Mail, properly addressed and with postage prepaid:

Plaintiff's Expert Disclosures

upon counsel of record for all parties to the above-styled civil action, as follows:

Archibald T. Reeves, IV, Esq.
McDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street, Suite 900
Mobile, AL  36602
(251) 432-5300
(251) 432-5303 (Fax)
E-mail: areeves@mcdowellknight.com
Attorneys for Great American
Insurance Company of New York

1

Ray Thompson, Esq.
158 Congress Street
Mobile, Alabama  36603
(251) 432-005
E-mail:  scapitch@bellsouth.net
Attorney for XL Specialty Insurance Company

Matthew L. Litsky, Esq.
Michael Germain, Esq.
PHELPS DUNBAR, LLP
100 South Ashley Drive, Suite 190-00
Tampa, Florida  33602-5311
E-mail:  litskym@phelps.com
germainm@phelps.com
Attorneys for XL Specialty Company

          s/ E. J. Saad_____
          E. J. Saad (SAADE8614)
          Jason C. Gerth (GERTJ7870)
          Attorneys for Plaintiffs

OF COUNSEL:
CROSBY SAAD LLC
6404 Hillcrest Park Court
Mobile, Alabama  36695
Phone:    251-476-3000
FAX -     251-776-5750
ejsaad@crosbysaad.com