# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CARIBBEAN I OWNERS' ASSOCIATION, INC.**, an Alabama not for profit corporation | )<br>)<br>) |
| **Plaintiff,** | ) |
| v. | )     **CIVIL ACTION NO. 07-0829-WS-B** |
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK**, a New York corporation, | )<br>)<br>) |
| **Defendants.** | ) |

### NOTICE OF FILING EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE

COMES NOW Plaintiffs and file this notice of filing exhibits A, B, C, D, and E that are referenced in its Response to Defendant's Motion to Exclude Plaintiff's Expert Witnesses.

                                         Respectfully submitted,

                                         s/ Keith B. Franklin_____
                                         E. J. Saad (SAADE8614)
                                         Keith B. Franklin (FRANK8196)
                                         Attorneys for Plaintiffs

OF COUNSEL:

The Atchison Firm, P.C.
6207 Cottage Hill Rd., Ste. G
Mobile, Alabama  36609
Telephone: 251-660-0888
Telecopy:   251-660-0777
ejsaad@crosbysaad.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this 20th day of January, 2009, I have served a copy of the foregoing upon all counsel of record listed below via United States Mail, properly addressed, first class postage prepaid, or via electronic filing with the above Court:

Archibald T. Reeves, IV, Esq.
McDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street, Suite 900
Mobile, AL  36602
(251) 432-5300
(251) 432-5303 (Fax)
E-mail: areeves@mcdowellknight.com
Attorneys for Great American
Insurance Company of New York


                                    s/ Keith B. Franklin_____
                                    Of Counsel