IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARIBBEAN I OWNERS' ASSOCIATION, INC.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION 07-0829-KD-B** |
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,** ) ) ) | |
| **Defendant.** ) | |

**ORDER**

This matter is before the court on the parties' joint motion to continue the trial of this action, presently set for the March 2009 term.  Upon consideration, the motion is **GRANTED.** The trial of this matter is hereby **continued** to the **April 2009** term with jury selection to be held before the undersigned District Judge at **8:45 a.m. on March 31, 2009.  The trial will commence immediately following jury selection**.[1]

The *Daubert* hearing, previously scheduled for Monday, March 2, 2009 is hereby **continued** to **Monday, March 23, 2009 at 10:00 a.m.** , before the undersigned in Courtroom 5A, United States District Courthouse, Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama 36602.

All other deadlines set forth in the court's Order on Pretrial Conference (doc. 154) remain unchanged.

---

[1] The trial will begin on March 31, 2009 and will continue through April 3, 2009.  The trial will resume on April 6, 2009 and continue on April 7 and 8, 2009.

DONE this the 26th day of February 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**