IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARIBBEAN I OWNERS' ASSOCIATION, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION 07-0829-KD-B |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, ) ) ) ) | |
| Defendant. ) | |

**ORDER**

A *Daubert* hearing was held on March 23, 2009 before the undersigned on defendant's motion to exclude testimony of plaintiff's experts (doc. 135). Present at the hearing were Elias J. Saad, Esq., and Matthew Andrews, Esq., counsel for plaintiff and Frederick Helmsing, Jr., and Archibald T. Reeves, IV, Esq., counsel for defendant. For the reasons fully explained on the record at the conclusion of the hearing, defendant's motion to exclude is DENIED.

At the hearing the court also issued rulings on the following motions in limine:

Docs. 155, 157

Plaintiff's "Motion in Limine to Exclude or Limit Certain Testimony of Defendant's Witnesses Offered by Deposition Designation" (doc. 155) and Defendant's "Motion in Limine to Exclude Any Opinion Testimony Offered by Any Witnesses Not Designated as Experts By Plaintiff" (doc. 157) will be carried to trial.

Doc. 158

1

Plaintiff's "Motion in Limine Regarding any Assertion by Defendant That the Plaintiff May Not Recover Owing to Misrepresentation, Fraud and/or Concealment on Policy Application" (doc. 158) is DENIED, for the reasons previously set forth in the court's order on summary judgment.

Doc. 159

Plaintiff's "Motion in Limine Regarding the Use of Vincent H. Smith as an Expert" (doc. 159) is DENIED, as untimely, as more fully explained on the record.

DONE this the 24th day of March 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**