**Plaintiff's Counter Designations for Deposition of Vincent Smith (3/19/2009 Deposition)**

**Plaintiff's Will Read Designations**

| Item | Start Page | Start Line | Stop Page | Stop Line | Comments |
|---|---|---|---|---|---|
| 1 | 217 | 21 | 218 | 14 | |
| 3 | 219 | 16 | 220 | 22 | |
| 4 | 221 | 8 | 222 | 17 | |
| 5 | 224 | 21 | 226 | 8 | |
| 6 | 227 | 16 | 229 | 15 | |
| 7 | 229 | 20 | 230 | 21 | |
| 8 | 231 | 14 | 239 | 10 | |
| 9 | 240 | 4 | 241 | 18 | |
| 10 | 242 | 2 | 242 | 15 | |
| 11 | 243 | 20 | 245 | 10 | |
| 12 | 246 | 9 | 247 | 13 | |
| 13 | 248 | 20 | 249 | 16 | |
| 14 | 250 | 18 | 251 | 4 | |
| 15 | 254 | 12 | 255 | 2 | |
| 16 | 256 | 8 | 258 | 4 | |
| 17 | 259 | 4 | 261 | 2 | |
| 18 | 261 | 12 | 262 | 16 | |
| 19 | 263 | 4 | 264 | 14 | |
| 20 | 264 | 23 | 267 | 12 | |
| 21 | 268 | 13 | 269 | 12 | |
| 22 | 269 | 17 | 270 | 10 | |
| 23 | 271 | 4 | 271 | 7 | |
| 24 | 272 | 19 | 273 | 4 | |
| 25 | 276 | 23 | 278 | 8 | |
| 26 | 286 | 1 | 286 | 12 | |
| 27 | 287 | 5 | 290 | 9 | |
| 28 | 292 | 8 | 292 | 23 | |
| 29 | 293 | 6 | 293 | 18 | |
| 30 | 294 | 7 | 295 | 6 | |
| 31 | 325 | 21 | 327 | 7 | |
| 32 | 328 | 11 | 328 | 17 | |
| 33 | 329 | 9 | 329 | 14 | |
| 34 | 331 | 7 | 331 | 15 | |